1  Michael J. Reed (SBN 122324)
2  Attorney at Law
   E-mail: mreed10202@aol.com
3  60 Creek Tree Lane
   Alamo, CA  94507
4  Telephone:  (925) 743-8353
5  Facsimile:  (734) 468-6168
   Attorney for Plaintiff
6  ELSA KOLLER

7

8

9

10              UNITED STATED DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13 | ELSA KOLLER
14 |                                     | Case No. 14-cv-00769-YGR
   |         Plaintiff,                  |
15 |                                     | ASSIGNED FOR ALL PURPOSES TO:
   | vs.                                 | JUDGE HON. YVONNE GONZALEZ ROGERS
16 |                                     |
   | ZALE DELAWARE, INC. and DOES        | JOINT STIPULATION FOR DISMISSAL;
17 | 1-50,                               | [PROPOSED] ORDER
18 |         Defendants                  | Complaint Removed:  February 20, 2014
   |                                     | Trial Date:  May 4, 2015
19

20     IT IS HEREBY STIPULATED by and between the parties to this action, through

21 their undersigned counsel, that the above-captioned action be and hereby is *dismissed with*

22 *prejudice* pursuant to Fed. R. Civ. Pro. Rule 41(a)(1).

23     IT IS FURTHER STIPULATED by and between the parties that each party shall

24 bear its own attorneys' fees and costs of suit.

25 Dated: December 5, 2014           By:_____/S/_____
                                        Michael J. Reed
26                                      Law Offices of Michael J. Reed
                                        Attorneys for Plaintiff Elsa Koller
27

28

                                              JOINT STIPULATION FOR DISMISSAL
                                              C 14-00769-YGR

Dated: December 5, 2014          By:_____/S/_____
                                 Eden E. Anderson
                                 SEYFARTH SHAW LLP
                                 Attorneys for Defendant ZALE
                                 DELAWARE, Inc.

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: December 5, 2014          By:_____/S/_____
                                 Michael J. Reed
                                 Law Offices of Michael J. Reed
                                 Attorneys for Plaintiff Elsa Koller

## [PROPOSED] ORDER

In view of the parties' Stipulation, the Court orders the above-captioned action be dismissed with prejudice. Each party to this action shall bear its own attorneys' fees and costs of suit.

Dated: December 10, 2014         By: _____
                                 Honorable Yvonne Gonzalez Rogers
                                 JUDGE OF THE UNITED STATES
                                 DISTRICT COURT

(D377.028 ND)